IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY BLEILE,

                                 ORDER

           Plaintiff,

                              13-cv-669-wmc

    v.

JANESVILLE MALL LIMITED PARTNERSHIP,

           Defendant.

---

      The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 1st day of November, 2013.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge