IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY BLEILE,

                Plaintiff,

v.

JANESVILLE MALL LIMITED PARTNERSHIP,

                Defendant.

ORDER

13-cv-669-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 1st day of November, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge